IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JEWELL JONES,**

    **Plaintiff,**

v.                                                                                                                                    **Case No. 1:24-cv-01002-STA-atc**

**MARTIN O'MALLEY,**
**Commissioner of**
**Social Security,**

    **Defendant.**

**ORDER GRANTING SENTENCE FOUR REMAND**

The Commissioner of Social Security has moved the Court to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) (ECF Doc. No. 11). The Commissioner, after reviewing the Certified Administrative Record, requests remand to allow the ALJ to properly consider the medical opinion evidence pursuant to 20 C.F.R. §§ 404.1520c and 416.920c. Without opposition, the motion is **GRANTED**.

Remand will expedite administrative review, ensure that the Commissioner has the opportunity to fully consider Plaintiff's claim, and may ultimately make judicial review unnecessary. Remand by this Court is appropriate under 42 U.S.C. § 405(g), which provides:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

*See, also*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Newkirk v. Shalala*, 25 F.3d 316, 318 (6th Cir. 1994).

For the foregoing reasons and pursuant to the Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292 (1993), the Clerk of the Court is **DIRECTED** to enter judgment in this matter pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2024